[No. 50338-3-I.   Division One.   February 18, 2003.]

*In Reference to* W.A.K.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-8-00041-8, Charles R. Snyder, J. Pro Tem., entered April 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50376-6-I.   Division One.   February 18, 2003.]

AK MEDIA/NW, *Respondent*, v. THE CITY OF ISSAQUAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-28566-1, Joan E. DuBuque, J., entered April 10, 2002. *Reversed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 50436-3-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. DONOVAN LAMONT EMANUEL, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-1-03462-2, Douglass A. North, J., entered July 9 and November 20, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 50455-0-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY M. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10006-4, Ronald Kessler, J., entered May 9, 2002. *Reversed* by unpublished per curiam opinion.